UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFICO R. BURGOS,<br><br>    Petitioner,<br><br>v.<br><br>CARSON McWILLIAMS, Warden,<br><br>    Respondent. | Case No. CV 05-6138 VBF(JC)<br><br>(~~PROPOSED~~) JBF<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: 6-23-09

_____
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE